1058

[No. 22861-1-II.    Division Two.    May 28, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MONDO SHANE VALDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-1-00321-8, Randolph Furman, J., entered January 6, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.

[No. 22896-3-II.    Division Two.    May 28, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. AVENAMAR PONCE-ZAPATA, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-1-00725-6, Randolph Furman, J., entered February 3, 1998. *Affirmed* by unpublished opinion per Armstrong, A.C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 22910-2-II.    Division Two.    May 28, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. BRENT CHRISTOPHER CAHILL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-1-00832-5, Stephen M. Warning, J., entered February 5, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Houghton, JJ.

[No. 23216-2-II.    Division Two.    May 28, 1999.]

ALMEDA DAVIS, ET AL., *Appellants*, v. THURSTON COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-2-02919-5, Daniel J. Berschauer, J., entered April 10, 1998. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Armstrong and Hunt, JJ.